UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA SANDAS, *an individual*,<br><br>                    Plaintiff,<br><br>            - against -<br><br>GC SERVICES LIMITED PARTNERSHIP, *a foreign limited partnership,* and Does 1 to 10, *inclusive,*<br><br>                    Defendants. | Docket No: 13-cv-07147-JFB-GRB<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, VIRGINIA SANDAS, and defendant GC SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party.

Dated:  New York, New York
            March 26, 2014

| | |
|---|---|
| HORMOZDI LAW FIRM<br>*Attorneys for Plaintiff*<br>  *Virginia Sandas* | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant*<br>  *GC Services LP* |
| By: *s/Shireen Hormozdi*<br>     Shireen Hormozdi | By:   *s/Concepcion A. Montoya*<br>       Concepcion A. Montoya (CM-7147) |
| 1770 Indian Trail Lilburn Road, Suite 175<br>Norcross, GA 30093<br>Tel: (678) 395-7795<br>Fax: (866) 929-2434<br>Email: shireen@lawnorcross.com | 800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Tel: (212) 471-6200<br>Fax: (212) 935-1166<br>Email: cmontoya@hinshawlaw.com |

                                        SO ORDERED:

                                        _____
                                        HON. JOSEPH F. BIANCO
                                        UNITED STATES DISTRICT JUDGE