UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VIRGINIA SANDAS, *an individual*,

        Plaintiff,

- against -

GC SERVICES LIMITED PARTNERSHIP, *a foreign limited partnership*, and Does 1 to 10, *inclusive*,

        Defendants.

Docket No: 13-cv-07147-JFB-GRB

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 27 2014 ★
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, VIRGINIA SANDAS, and defendant GC SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party.

Dated: New York, New York
       March 26, 2014

HORMOZDI LAW FIRM
*Attorneys for Plaintiff*
 *Virginia Sandas*

By: *s/Shireen Hormozdi*
    Shireen Hormozdi

1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: (678) 395-7795
Fax: (866) 929-2434
Email: shireen@lawnorcross.com

*The Clerk of the Court shall close the case.*

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*
 *GC Services LP*

By: *s/Concepcion A. Montoya*
    Concepcion A. Montoya (CM-7147)

800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200
Fax: (212) 935-1166
Email: cmontoya@hinshawlaw.com

3/27/14
SO ORDERED:

_____
HON. JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

130778525v1 0953809